# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **PLASSIE ORDON** <br>     **LA. DOC #435530** <br> **VS.** | **CIVIL ACTION NO. 09-0164** <br><br> **SECTION P** <br><br> **JUDGE MELANÇON** |
| **WARDEN JACK** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 7th day of July, 2009.

                                                  **TUCKER L. MELANÇON** <br>
                                                **UNITED STATES DISTRICT JUDGE**